UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MUSICLAND HOLDING CORP., *et al.*,[1]<br><br>　　　　　　Debtors. | Case No. 06-10064 (SMB)<br><br>Chapter 11<br><br>(Jointly Administered) |
| THE RESPONSIBLE PERSON OF MUSICLAND HOLDING CORP., *et al.*,[2]<br><br>　　　　　　Plaintiff,<br><br>– against –<br><br>MAHONEY MANAGEMENT LLC and MAHONEY BUILDERS LLC,<br><br>　　　　　　Defendant. | Adv. Proc. No. 07-01980 (SMB) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties, that the above-captioned action, pursuant to Bankruptcy Rule 7041, including all claims and counter-claims shall be, and hereby is, dismissed without prejudice and without costs to any party against the other. This stipulation may be signed in counterparts. Facsimile and electronic (*e.g.*, .pdf) signatures are deemed acceptable.

This adversary proceeding is hereby closed.

Dated: February 23, 2009

**HAHN & HESSEN LLP**
Counsel for The Responsible Person

By: /s/ Mark T. Power
　　Mark T. Power
　　Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
(212) 478-7200

**FINESTEIN & MALLOY, LLC**
Counsel for Mahoney

By: /s/ Michael D. Malloy
　　Michael D. Malloy
70 South Orange Avenue
Livingston, New Jersey 07039
(973) 635-4500

---

[1] The Debtors are: Musicland Holding Corp., Media Play, Inc., MG Financial Services, Inc., MLG Internet, Inc., Musicland Purchasing Corp., Musicland Retail, Inc., Request Media, Inc., Sam Goody Holding Corp., Suncoast Group, Inc., Suncoast Holding Corp., Suncoast Motion Picture Company, Inc., Suncoast Retail, Inc., TMG Caribbean, Inc., TMG-Virgin Islands, Inc., and The Musicland Group, Inc.

[2] This action was originally filed by the Official Committee of Unsecured Creditors (the "Committee") of the Debtors. Pursuant to the Court's order of February 6, 2007, which gave the Committee authority to file the original action, the Responsible Person was, as of the Effective Date of the Plan, automatically deemed to be substituted in the place and stead of the Committee with respect to any and all Avoidance Actions. The Plan, which was confirmed by the Court on January 18, 2008, became effective on January 30, 2008.

871115.009-1590699.1